IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| HELEN DOWDY | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | |
| | § | CIVIL ACTION NO.: 4:18-CV-2712 |
| TITAN FITNESS LLC, a/k/a TITAN | § | JURY TRIAL DEMANDED |
| FITNESS, INC. d/b/a FITNESS | § | |
| CONNECTION BAYTOWN | § | |
| | § | |
| *Defendant.* | § | |

## NOTICE OF SETTLEMENT

COMES NOW, Plaintiff HELEN DOWDY and Defendant TITAN FITNESS LLC, a/k/a TITAN FITNESS, INC. d/b/a FITNESS CONNECTION BAYTOWN (collectively the "Parties"), and file this Notice of Settlement and in support show the Court as follows:

I.

In accordance with Court Procedure XI, the Parties hereby submit this Notice of Settlement to notify the Court that the lawsuit has been settled, and to request that the Court enter a 90-day conditional order of dismissal, staying all deadlines and permitting the Parties to exchange and execute final settlement documents. The lawsuit does not involve a minor, and will not require the appointment of a guardian ad litem. This settlement disposes of any and all claims, and all parties.

II.

The settlement includes all Parties and claims, whether known or unknown, for injuries arising out of the occurrence on July 5, 2016, at Fitness Connection located at 5035 Garth Road,

Baytown, Texas 77251.  Upon execution of all settlement documents, the case is to be dismissed with prejudice.  All costs will be paid by Parties incurring same.

III.

WHEREFORE, Plaintiff HELEN DOWDY and Defendant TITAN FITNESS LLC, a/k/a TITAN FITNESS, INC. d/b/a FITNESS CONNECTION BAYTOWN pray that this Court enter a 90-day conditional order of dismissal in anticipation of final settlement being completed.

Respectfully submitted,

HENRY, MCDONALD & JAMES, PC

_____
CARVER L. HENRY
SBN: 09479200
KANAN B. HENRY
SBN: 24002259
k.henry@hmj-pc.com
2316 Truxillo Drive
Houston, Texas 77004
713-522-6454
713-665-6950 – fax

ATTORNEYS FOR PLAINTIFF
HELEN DOWDY

and

BUSH & RAMIREZ, PLLC

_____
PATRICK N. SMITH
State Bar No. 0007458
Federal ID No. 21740
J. TAYLOR ELLIOTT
State Bar No. 24097652

Federal ID No. 2782986
5615 Kirby Drive, Suite 900
Houston, Texas 77005
Telephone: (713) 626-1555
Facsimile:  (713) 622-8077
Psmith.atty@bushramirez.com
Telliott.atty@bushramirez.com

ATTORNEYS FOR DEFENDANT,
TITAN FITNESS LLC, a/k/a TITAN
FITNESS, INC. d/b/a FITNESS
CONNECTION BAYTOWN

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Plaintiff regarding the substance and filing of this Notice of Settlement, and he was agreed as indicated by his signature.

_____
J. Taylor Elliott

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of October, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. True and correct copies of this document and all attachments have been served to counsel of record in accordance with the FEDERAL RULES OF CIVIL PROCEDURE.

_____
J. Taylor Elliott