IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **HELEN DOWDY** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| vs. | § | |
| | § | CIVIL ACTION NO.: 4:18-CV-2712 |
| **TITAN FITNESS LLC, a/k/a TITAN FITNESS, INC. d/b/a FITNESS CONNECTION BAYTOWN** | § § § | JURY TRIAL DEMANDED |
| | § | |
| *Defendant.* | § | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of civil Procedure, Rule 41(a)(1)(A)(ii), by and between Plaintiff, HELEN DOWDY and Defendant, TITAN FITNESS LLC, a/k/a TITAN FITNESS, INC. d/b/a FITNESS CONNECTION BAYTOWN, through the signatures of their counsel on this Stipulation, stipulate to dismiss this action, in its entirety, with prejudice according to the terms of the settlement agreement.

Respectfully submitted,

**HENRY, MCDONALD & JAMES, PC**

*/s/ Carver L. Henry   (signed by permission)*
Carver L. Henry
SBN: 09479200
Kanan B. Henry
SBN: 24002259
k.henry@hmj-pc.com
2316 Truxillo Drive
Houston, Texas 77004
713-522-6454
713-665-6950 – fax

1

ATTORNEYS FOR PLAINTIFF
HELEN DOWDY

and

**Bush & Ramirez, PLLC**

_____
Patrick N. Smith
State Bar No. 0007458
Federal ID No. 21740
J. Taylor Elliott
State Bar No. 24097652
Federal ID No. 2782986
5615 Kirby Drive, Suite 900
Houston, Texas 77005
Telephone: (713) 626-1555
Facsimile: (713) 622-8077
Psmith.atty@bushramirez.com
Telliott.atty@bushramirez.com

**ATTORNEYS FOR DEFENDANT,
TITAN FITNESS LLC, a/k/a TITAN
FITNESS, INC. d/b/a FITNESS
CONNECTION BAYTOWN**

## CERTIFICATE OF SERVICE

  I hereby certify that on the 12th day of November, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. True and correct copies of this document and all attachments have been served to counsel of record in accordance with the Federal Rules of Civil Procedure.

_____
J. Taylor Elliott

2