IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **HELEN DOWDY** | § | |
| *Plaintiff,* | § § § | |
| vs. | § § | |
| | § | **CIVIL ACTION NO.: 4:18-CV-2712** |
| **TITAN FITNESS LLC, a/k/a TITAN FITNESS, INC. d/b/a FITNESS CONNECTION BAYTOWN** | § § § § § | **JURY TRIAL DEMANDED** |
| *Defendant.* | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties' request as stated in Stipulation of Dismissal with prejudice, pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41 (A)(1)(ii), the Court hereby dismisses this case with prejudice with costs taxed against the party incurring same.

SIGNED this _____ day of _____, 2018.

_____
KENNETH M. HOYT
UNITED STATES DISTRICT JUDGE

**APPROVED:**

**HENRY, MCDONALD & JAMES, PC**

  /s/ Carver L. Henry
Carver L. Henry
SBN:  09479200
Kanan B. Henry
SBN:  24002259
k.henry@hmj-pc.com
2316 Truxillo Drive
Houston, Texas 77004
713-522-6454
713-665-6950 – fax

**ATTORNEYS FOR PLAINTIFF HELEN DOWDY**

and

**BUSH & RAMIREZ, PLLC**

  /s/ J. Taylor Elliott
Patrick N. Smith
State Bar No. 0007458
Federal ID No. 21740
J. Taylor Elliott
State Bar No. 24097652
Federal ID No. 2782986
5615 Kirby Drive, Suite 900
Houston, Texas 77005
Telephone: (713) 626-1555
Facsimile:  (713) 622-8077
Psmith.atty@bushramirez.com
Telliott.atty@bushramirez.com

**ATTORNEYS FOR DEFENDANT, TITAN FITNESS LLC, a/k/a TITAN FITNESS, INC. d/b/a FITNESS CONNECTION BAYTOWN**